# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Eugene A. Shy

Case No.: 14-11216-jal

Debtor(s)

Chapter 7

## MOTION TO AVOID LIEN

Debtor, by counsel, hereby moves the Court pursuant to Section 522(f) of the Bankruptcy Code to avoid the lien on the following described property:

On September 27, 2000, Fifth Third Auto Leasing Trust and Gene A. Shy entered into a Leasing Agreement regarding a 2000 Toyota 4 Runner vehicle. A copy of the Complaint that was filed November 2, 2007, along with three (3) Exhibits, is attached hereto.

In support of said Motion, Debtor states:

1. New Falls Corporation, a creditor, filed a lien in the Office of the Clerk of Warren County, in Book E117, Pages 439-430. A copy of the Judgment Lien is attached. However, it was not served on Debtor.

2. The amount of the claim which the lien secures is $11,593.53.

3. The above-mentioned lien is a Judgement lien.

4. Debtor owns one-half (1/2) undivided interest in 2444 Mohawk Drive, Bowling Green, Kentucky 42104.

5. Debtor submits the following information on the value of the property:

    A).   Fair Market Value: $94,000.00

    B).   Value listed in Schedules: $94,000.00

Local Form I

  C).  Value according to records of County Property Valuation Administration: $125,000.00

  D).  Purchase Price: $97,400.00

  E).  Date of Purchase: October 19th, 2001

  F).  Senior mortgages or liens on the property: 1st Mortgage: $76,176.00
                     2nd Mortgage: $10,453.00

6.  The trustee has abandoned the property.

7.  The debtor does claim an exemption of $5,000.00 in said property.

8.  The lien held by the creditor impairs the exemption of the debtor in the property described in the motion.

WHEREFORE, the debtor moves the Court to order the lien void and for such other relief as may be entitled.

*Any objections to this Motion must be filed within 14 days of the Certificate of Service date below.

Should no objection be received, an Order approving this Motion to Avoid Lien may be entered.

            Judd, Satterfield & Associates, PLLC
            869 Broadway Avenue
            Bowling Green, KY 42101
            Telephone: (270) 904-4141
            Facsimile: (888) 590-2842

            *s/Harlan E. Judd, III*

            _____
            Harlan E. Judd, III

Local Form I

## CERTIFICATE OF SERVICE

    This is to certify that a true and exact copy of the foregoing was placed in the U.S. Mail addressed as follows:

Alicia C. Johnson  
PO Box 1654  
Russellville, KY 42276

Charles R. Merrill  
Asst. U.S.Trustee  
601 West Broadway #512  
Louisville, KY 40202

New Falls Corporation  
100 North Center Street  
Newton Falls, OH 44444

William F. Codell  
Harned, Bachert &Denton, LLP  
324 East 10th Avenue  
P.O. Box 1270  
Bowling Green, KY 42102

    This the 26th day of July, 2019

Local Form 1