# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Eugene A. Shy | Case No.: 14-11216-jal |
| Debtor(s) | Chapter 7 |

### ORDER

Notice having been given and no objections having been filed to the Motion to Avoid Lien;

IT IS HEREBY ORDERED that the lien of New Falls Corporation, in the following described property is AVOIDED. The Warren County Court Clerk, shall make a notation indicating that the lien in Lien/Encumbrance Book E117 Pages 439-440, has been released by this Court Order of the United States Bankruptcy Court for the Western District of Kentucky.

Tendered by:

Harlan E. Judd, III
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
Bowling Green, KY 42101
Telephone: (270) 904-4141
Facsimile: (888) 590-2842

s/Harlan E. Judd, III
_____
Harlan E. Judd, III

Local Form I