# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Eugene A. Shy

Case No.: 14-11216-jal

Debtor(s)

Chapter 7

### AMENDED ORDER

Notice having been given and no objections having been filed to the Motion to Avoid Lien;

IT IS HEREBY ORDERED that the lien of New Falls Corporation, filed of record in the Offices of Warren County Clerk in Book E117, Pages 439-440, in the following described property is AVOIDED, which is described as:

> BEGINNING at the property line at the corner of the Thimble Finger Lane and Mohawk Drive, thence North 71-3/4 East 150 feet to a point; thence North 12 West 98 feet to a stake; thence South 72 ½ West 150 feet to a stake; thence South 72 ½ West 150 feet to a stake; thence South 12 East 97-1/10 feet, more or less, and along the property line of Mohawk Drive to the point of beginning, containing all of the land lying within said survey as made on September 5, 1962, by Chester Gilliam, Warren County, Surveyor.
>
> Being the same property conveyed to Robert V. Dalton and wife, Carolyn G. Dalton from Harry L. Dalton and wife, Elizabeth Dalton by deed dated December, 1962 ad of record in Deed Book 335, Page 447, in the Warren County Court Clerk's Office. Being the same property conveyed to Robert V. Dalton from Carolyn Dalton Brown and Horace Brown, her husband by Deed Dated March 1970 and of record in deed Book 393, Page 292, in the office aforesaid.

Local Form I

The Warren County Court Clerk, shall make a notation indicating that the lien in Lien/Encumbrance Book E117 Pages 439-440, has been released by this Court Order of the United States Bankruptcy Court for the Western District of Kentucky.

IT IS SO ORDERED, this _____ day of _____, 2019.

Tendered by:

Harlan E. Judd, III
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
Bowling Green, KY 42101
Telephone: (270) 904-4141
Facsimile: (888) 590-2842

s/Harlan E. Judd, III_____
Harlan E. Judd, III


CLERK, PLEASE SEND COPIES TO:

Alicia C. Johnson
PO Box 1654
Russellville, KY 42276

Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

New Falls Corporation
100 North Center Street
Newton Falls, OH 44444

Local Form I

William F. Codell
Harned, Bachert &Denton, LLP
324 East 10th Avenue
P.O. Box 1270
Bowling Green, KY 42102

Harlan E. Judd, III
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
Bowling Green, KY 42101

Local Form I