UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                             )
                                                   )
Gene A. Shy                                        )    CASE NO.   14-11216 (1) (7)
                                                   )
            Debtor(s)                              )

ORDER

The above Chapter 7 case came before the Court on October 17, 2019 in Bowling Green, Kentucky before the Honorable Joan A. Lloyd for a Hearing on the Motion to Amend #25 Order Granting Motion to Avoid Lien filed by Creditor, New Falls Corporation. The Court having considered statements of counsel and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the response deadline for the Debtor is twenty-one (21) days, **November 7, 2019**,

IT IS HEREBY FURTHER ORDERED that the Creditor's deadline to file a reply to Debtor's response is **December 2, 2019.**

IT IS HEREBY FURTHER ORDERED that the Court will take this matter under **SUBMISSION** upon the expiration of all deadlines.

kg