UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Gene A. Shy | )  CASE NO.  14-11216 (1) (7) |
| | ) |
| Debtor(s) | ) |

ORDER

The above Chapter 7 case came before the Court on October 17, 2019 in Bowling Green, Kentucky before the Honorable Joan A. Lloyd for a Hearing on the Motion to Amend #25 Order Granting Motion to Avoid Lien filed by Creditor, New Falls Corporation. The Court having considered statements of counsel and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the response deadline for the Debtor is twenty-one (21) days, **November 7, 2019**,

IT IS HEREBY FURTHER ORDERED that the Creditor's deadline to file a reply to Debtor's response is **December 2, 2019.**

IT IS HEREBY FURTHER ORDERED that the Court will take this matter under **SUBMISSION** upon the expiration of all deadlines.

kg

Joan A. Lloyd
United States Bankruptcy Judge
Dated: October 18, 2019

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                          Case No. 14-11216-jal
Gene A Shy                                                                      Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0644-1          User: vschiller              Page 1 of 1                  Date Rcvd: Oct 18, 2019
                              Form ID: pdf408             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Gene A Shy,    2444 Mohawk Drive,    Bowling Green, KY 42104-4233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: gocadle@cadleco.com Oct 18 2019 19:35:22      New Falls Corporation,
                 100 N Center Street,    Newton Falls, OH 44444-1321
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Alicia C. Johnson    bkalicia@hotmail.com,  bk_bruce@hotmail.com;KY52@ecfcbis.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              David A. Cohen    on behalf of Creditor   New Falls Corporation dcohen@merlegal.com
              Harlan E. Judd, III    on behalf of Debtor Gene A Shy Harlanjuddlaw@gmail.com,
               juddlawsecretary@gmail.com
              Larry F. Hinton    on behalf of Creditor   Service One Credit Union, Inc. tiffany@rjhp-law.com,
               katie@rjhp-law.com
                                                                                             TOTAL: 5
```